WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
cmiller@wrightlegal.net
*Attorneys for Plaintiff Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                Plaintiff,<br><br>        vs.<br><br>JAYEM FAMILY L.P.; and SUN CITY ANTHEM COMMUNITY ASSOCIATION, INC.,<br><br>                Defendants. | Case No.:   2:17-cv-01800-JAD-GWF<br><br>**STIPULATION AND ORDER**<br><br>ECF No. 22 |

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), Defendant JAYEM FAMILY, LP ("Jayem") and Defendant SUN CITY ANTHEM COMMUNITY ASSOCIATION, INC. (the "HOA") (collectively hereinafter referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows.

        1.        The above-captioned action concerns title to real property commonly known as 2921 Hayden Creek Terrace, Henderson, Nevada 89052 - APN 191-13-213-005 – (the "Property") and further legally described as stated in that Deed of Trust recorded on May 5, 2006 as Instrument number 20060505-0004357 in the Office of the Clark County Recorder (the "Deed of Trust").

        2.        Fannie Mae and Jayem have entered into a separate Settlement Agreement and Release (the "Agreement") as a matter of compromise to adjudicate their respective interest in

and/or to the Property.

3. Pursuant to the Agreement, it is hereby stipulated and agreed Jayem is the owner of the Property by way of a homeowners association foreclosure sale occurring on or about September 11, 2014 as reflected in that Foreclosure Deed recorded on September 15, 2014 as Instrument number 20140915-0001335 in the Office of the Clark County Recorder (the "HOA Sale").

4. Pursuant to the Agreement, it is hereby stipulated and agreed that Fannie Mae is the owner and record beneficiary of the Deed of Trust, and that Fannie Mae has received sums to release or reconvey the Deed of Trust.

5. Pursuant to the Agreement, it is hereby stipulated and agreed that Jayem owns the Property free and clear of the Deed of Trust.

6. Pursuant to the Agreement, it is hereby stipulated and agreed that Jayem will receive the surplus funds or excess proceeds from the HOA Sale in the amount of $94,713.85, currently held by Red Rock Financial Services, and that Red Rock Financial Services is hereby ordered to immediately pay the surplus funds or excess proceeds to Jayem.

7. In light of the foregoing, Fannie Mae hereby dismisses its remaining claims against the HOA, without prejudice.

///
///
///
///
///
///
///
///
///
///
///
///

8.    Pursuant to the Agreement and dismissal of remaining claims against the HOA, the Parties hereby submit this Stipulation and Order for the Court to adopt as a final order, judgment and decree of the above-captioned action, with each party to bear their own attorney's fees and costs as to each other.

**IT IS SO STIPULATED AND AGREED**

DATED this 23rd day of July, 2018.                     DATED this 23rd day of July, 2018.

WRIGHT, FINLAY & ZAK, LLP                        TAKOS LAW GROUP, LTD.

*/s/ Christina V. Miller*                                       */s/ Zachary P. Takos*
Christina V. Miller                                            Zachary P. Takos
Nevada Bar No. 12448                                       Nevada Bar No. 11293
7785 W. Sahara Ave., Suite 200                          1980 Festival Plaza Dr., Suite 300
Las Vegas, Nevada 89117                                   Las Vegas, Nevada 89135
*Attorney for Plaintiff*                                        *Attorney for Defendant*
*Federal National Mortgage Association*              *Jayem Family, LP*


DATED this 23rd day of July, 2018.

THE CLARKSON LAW GROUP, P.C.

*/s/ Matthew McAlonis*
Matthew McAlonis, Esq.
Nevada Bar No. 11203
2300 W. Sahara Ave., Suite 950
Las Vegas, Nevada 89102
*Attorney for Defendant Sun City Anthem*
*Community Association, Inc.*

**ORDER**

    Based on the parties' stipulation **[ECF No. 22]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each party to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 23, 2018